JOHN ROSS *v.* CITY OF NEW HAVEN

The plaintiff's petition for certification for appeal from the Appellate Court, 19 Conn. App. 169, is granted, limited to the following issues:

"1. Is a municipal self-insurer obliged to provide uninsured motorist benefits for its police patrol cars?

"2. Does the exclusivity provision on Connecticut General Statutes § 31-284 of the Workers' Compensation Act bar an officer from recovering such benefits against a municipal employer?"

*Richard A. Roberts,* in support of the petition.

*W. Martyn Philpot, Jr.,* assistant corporation counsel, in opposition.

Decided September 27, 1989

STATE OF CONNECTICUT *v.* RICHARD A. HARRIS

The defendant's petition for certification for appeal from the Appellate Court, 19 Conn. App. 174, is denied.

*John F. Kavanewsky, Jr.,* in support of the petition.

*Vincent J. Dooley,* deputy assistant state's attorney, in opposition.

Decided September 27, 1989

MAUREEN C. TOVISH ET AL. *v.* GERBER ELECTRONICS ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 19 Conn. App. 273, is denied.

*Gerard S. Spiegel,* in support of the petition.

Decided September 27, 1989